**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7352**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY HAYWOOD HOBGOOD, III,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CR-93-133-F, CA-95-333-CV-F)

---

Submitted: December 26, 1995      Decided: January 18, 1996

---

Before HAMILTON and WILLIAMS, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Larry Haywood Hobgood, III, Appellant Pro Se. John Eric Evenson, II, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Hobgood</u>, Nos. CR-93-133-F; CA-95-333-CV-F (E.D.N.C. Aug. 9, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>